■ JOSEPH D. SHELTON, SR., Respondent, v CABLE EXPRESS, INC., et al., Appellants. [713 NYS2d 603] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly denied defendants' motion to dismiss the complaint on the ground of forum non conveniens (*see*, CPLR 327 [a]). Contrary to defendants' contention, the occurrence of the motor vehicle accident in New York is not the only connection with this State. An eyewitness is a New York resident and, as a result of the investigation of the New York State Police, defendant William K. Closser was cited for following too closely in violation of Vehicle and Traffic Law § 1129 (a) (*cf., Dales v Tiessen*, 231 AD2d 920; *Singh v Zuidema*, 221 AD2d 1020). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Dismiss Pleading.) Present—Pigott, Jr., P. J., Wisner, Scudder and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK J. GRIFFIN, Appellant. [714 NYS2d 914] —Judgment unanimously affirmed (*see, People v Lococo*, 92 NY2d 825, 827). (Appeal from Judgment of Niagara County Court, Fricano, J.— Grand Larceny, 4th Degree.) Present—Green, J. P., Pine, Hayes, Hurlbutt and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN MCCABE, Appellant. [715 NYS2d 364] —Judgment unanimously affirmed. (Appeal from Judgment of Genesee County Court, Noonan, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Hayes, Hurlbutt and Kehoe, JJ.